# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 9, 2023

Lyle W. Cayce
Clerk

No. 22-30814
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Delon Scott,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:21-CR-230-1

———————————————————————

Before Willett, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Delon Scott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Scott has filed a response and moves for an extension of time and the appointment of new counsel. The record is not sufficiently developed to

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

allow us to make a fair evaluation of Scott's general claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Scott's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Scott's motion for the appointment of new counsel is DENIED, Scott's motion for an extension of time is also DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.